# PD-0555-15

## NO. 02-13-00463-CR

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN,TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 08 2015

Abel Acosta, Clerk

JULIO ORTIZ CHAVARRIA

vs

THE STATE OF TEXAS

From the Second District Court of Appeals

FILED IN
COURT OF CRIMINAL APPEALS

MAY 08 2015

Abel Acosta, Clerk

Motion for Extension of Time to File Petition For Discretionary Review

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now,Julio Ortiz Chavarria,Petitioner Pro SE,and files this motion for Extension of Time for (60)days in which to file a Petition for Discretionary Review.In support of this Motion Appellant shows the Court the following:

## I.

The Petitioner was convicted in the 297th District Court of Tarrant County,Texas in Cause No.1292614D styled The State of Texas vs Julio Ortiz Chavarria.The Petitioner appealed to the Second District Court of Appeals in Fort Worth,Texas.No.02-13-00463-CR.The Court affirmed the descision on April 2, 2015.

The current deadline for filing the Petition for Discretionary Review is May 05,2015.The Petitioner has not requested any extension of time prior to this request. This request is a good faith attempt to allow Petitioner extra time in which to properly perfect and submit to this Court a timely Petition for Discretionary review,and as Petitioner is not a attorney and is attempting to file his Petition Pro SE and in Forma Pauperis,it is in the interest of justice to allow the Petitioner an extension of time.

1.

## Prayer for Relief

Appellant respectfully asks that this Court Grant his Motion for Extension of Time of (60)days and move the Due Date for the filing of said petition from May 5,2015 to July 4,2015.


## CERTIFICATE OF SERVICE

I, Julio Ortiz Chavarria,certify that a true and correct copy of the foregoing instrument was mailed to the State Prosecuting Attorney.P.O.Box 12405 Austin,Texas 78711 on this the 05 day of May 2015.

Julio Ortiz Chavarria
# 01883651

2.